IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT C. LYON,

       Plaintiff,                    No. CIV S-07-1875 LKK DAD PS

      vs.

THE CITY OF SACRAMENTO, et al.,

       Defendants.            <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 6, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed timely objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1. The findings and recommendations filed December 6, 2007, are adopted in full;

3           2. Plaintiff's September 11, 2007 application to proceed in forma pauperis is denied; and

4           3. This action is dismissed with prejudice.

DATED:   April 15, 2008

/lyon1875.jo

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2